

# NUMBER 13-22-00059-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **PERFORMANCE SERVICES OF TEXAS, INC.,** | **Appellant,** |
| **v.** | |
| **NORBERTO SALINAS,** | **Appellee.** |

### On appeal from the 370th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Silva
### Memorandum Opinion by Justice Longoria

This matter is before the Court on appellant's unopposed first amended motion to dismiss appeal as moot. After this appeal was perfected, the plaintiff in the underlying suit filed a notice of nonsuit; the nonsuit was granted and all claims in the underlying suit were dismissed.

The Court, having considered the first amended motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the first amended motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

NORA L. LONGORIA
Justice

Delivered and filed on the
24th day of March, 2022.